UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN EXPRESS, LLC,<br><br>        Plaintiff,<br>   v.<br><br>OZARK TRUCKING, INC.,<br><br>        Defendant. | 1: 04-CV-5981-SMS<br><br>**ORDER VACATING HEARING SET FOR JULY 14, 2004,** ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. 21)<br><br>ORDER TAKING MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE IN LIEU OF HEARING AND DIRECTING COUNSEL FOR DEFENDANT TO ARRANGE THE CONFERENCE CALL**<br><br>**Date: JULY 14, 2005**<br>**Time: 2:00 P.M.** |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

    I. <u>Vacating Hearing on Motion</u>

    On June 10, 2005, Defendant filed a motion for summary judgment. The time for filing opposition has passed, but no opposition has been filed.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice

for the United States District Court, Eastern District of California, the Court finds that the motion is a matter that may appropriately be submitted upon the record and briefs, including the Plaintiffs' notice of motion, memorandum of points and authorities, and declarations and exhibits filed in support thereof.

II. <u>Setting Telephonic Status Conference</u>

Further, the Court notes that the settlement conference and pretrial conference are both set for the same date; a telephonic status conference to review the status of the case would be helpful. Thus, the Court will set such a conference.

Accordingly, it IS ORDERED that

1. The hearing on the motion, presently set for July 14, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision; and

2. Counsel for the parties ARE ORDERED to participate in a telephonic status conference set for Thursday, July 14, 2005, at 2:00 p.m. Further, counsel for Defendant IS DIRECTED to arrange the conference call for the conference and to direct that call to Frances Robles at (559) 498-7325 at the appointed time.

IT IS SO ORDERED.

**Dated:   July 7, 2005**                             **/s/ Sandra M. Snyder**
icido3                                                UNITED STATES MAGISTRATE JUDGE