UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN EXPRESS, LLC<br><br>     Plaintiff,<br><br>     vs.<br><br>OZARK TRUCKING, INC. and DOES 1 to 20, inclusive,<br><br>     Defendants. | Case No.: No. 1:04-cv-05981-SMS<br><br>**ORDER TO DISMISS CASE**<br><br>(No Appearance Necessary)<br><br>Ctrm.: U.S. Magistrate Judge<br>Sandra M. Snyder |

**ORDER**

The Court, having duly considered the Notice of Settlement previously filed with this court and the Notice of Compliance With Settlement; Request for Dismissal submitted by the parties, through their counsel, hereby orders that this case be dismissed.

Dated: September  7 , 2005

      /s/ Sandra M. Snyder
U.S. Magistrate Judge Sandra M. Snyder
U.S. District Court, Eastern District

[PROPOSED] ORDER TO DISMISS CASE -1

PDF created with pdfFactory trial version www.pdffactory.com